UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
10-1116-JGD

UNITED STATES OF AMERICA

v.

Adam Davila

## ORDER

November 19 2010

DEIN, M.J.

To the extent that the parties, by way of their Joint Motion to Continue Preliminary Examination and to Exclude Time Under the Speedy Trial Act (Docket No. # 15), seek to continue the date for that preliminary examination, the motion is allowed, and the preliminary examination - if necessary - shall be held on **November 30, 2010 at 10:30am**.

To the extent, however, that the parties, by way of that joint motion, seek excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter – relating to the period of time within which an indictment must be brought – must be brought to the miscellaneous business docket.

                                                    / s / Judith Gail Dein
                                                    Judith Gail Dein
                                                    United States Magistrate Judge